## MARSHALL BROWN *v.* COMMISSIONER OF CORRECTION
### (AC 29008)

Gruendel, Robinson and Peters, Js.

Argued November 17—officially released December 9, 2008

Per Curiam. The appeal is dismissed.

## STEPHANIE DICKINSON *v.* STEPHEN J. DICKINSON
### (AC 29956)

Beach, Robinson and Peters, Js.

Argued November 17—officially released December 9, 2008

Per Curiam. The judgment is affirmed.

## PAULA'S WIG BOUTIQUE, LLC *v.* PAUL E. LEWIS
### (AC 29078)

Bishop, McLachlan and Borden, Js.

Argued November 12—officially released December 9, 2008

Per Curiam. The judgment is affirmed.